IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES H. DENNIS | : | No. 10-233-1 |

### ORDER

AND NOW, this 31st day of August, 2020, upon consideration of Mr. Dennis's motion to modify his sentence pursuant to 18 U.S.C. § 3852(c)(1)(A) (Doc. No. 90), his motion for a judicial recommendation (Doc. No. 83), and the responses thereto (Doc. Nos. 85, 89), it is **ORDERED** that the motions (Doc. Nos. 83 and 90) are **DENIED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE